# Court of Appeals
# of the State of Georgia

ATLANTA, June 08, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0509. TONI DUVALL f/k/a TONI DUVALL MARTIN v. MICHAEL JAMES MARTIN.**

On April 6, 2026, the trial court entered an order finding Toni Duvall f/k/a Toni Duvall Martin ("Duvall") in willful contempt of a divorce decree. Duvall filed an application for discretionary appeal from this ruling on May 7, 2026. We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of the entry of the order, decision, or judgment sought to be appealed. OCGA § 5-6-35(d). This statutory deadline is jurisdictional, and this Court cannot accept an application for appeal not made in compliance with the relevant statute. See *In the Interest of B. R. F.*, 299 Ga. 294, 298 (788 SE2d 416) (2016). Because Duvall filed her application for discretionary appeal 31 days after entry of the trial court's order, we lack jurisdiction to consider the application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/08/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*